# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| RICARDO ROMO, on behalf of himself and on behalf of a Class of all other persons similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CBRE GROUP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No: 8:18-cv-00237-JLS-KES<br><br>**[PROPOSED] ORDER RE DEFENDANT CBRE, INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAY PROCEEDINGS**<br><br>Date: August 10, 2018<br>Time: 2:30 p.m.<br>Courtroom: 10A<br><br>[Filed concurrently with: Notice of Motion and Motion; Memorandum of Points and Authorities, and Declarations of Cassidy M. English and Joseph M. Hudson]<br><br>Complaint Filed: September 22, 2017<br>FAC Filed: December 4, 2017<br>SAC Filed: April 29, 2018<br>Trial Date: None |

On August 10, 2018 at 2:30 p.m., in Courtroom 10A of the above-entitled Court, located at the Ronald Reagan Federal Building and United States Courthouse, 411 W. Fourth Street, Santa Ana, CA 92701, Defendant CBRE, Inc. ("CBRE") moved this Court, pursuant to the Federal Arbitration Act, 9 U.S.C. §1-4 ("FAA"), for an order: (1) compelling Plaintiff Ricardo Romo ("Plaintiff") to arbitrate his claims, including Plaintiff's claim for unpaid wages pursuant to Labor Code section 558 under the Private Attorneys General Act ("PAGA"), on an individual basis in accordance with the Parties' arbitration agreement; and (2) staying the remaining non-arbitrable proceedings pending completion of the arbitration. CBRE's motion came on for hearing before this Court, both parties appeared through counsel, and oral argument was presented. After consideration of the parties' briefing and arguments, and GOOD CAUSE appearing therefore,

IT IS ORDERED that:

1. CBRE's motion to compel Plaintiff to submit his claims to individual arbitration is GRANTED. Plaintiff and CBRE entered into an enforceable arbitration agreement. The arbitration agreement covers all substantive disputes raised in Plaintiff's operative complaint. The Parties did not agree to arbitrate claims on a class, collective or representative basis. Accordingly, Plaintiff is required to arbitrate his claims, including his claim under the PAGA for "victim-specific relief," on an individual basis only.

2. CBRE's motion to stay all remaining, non-arbitrable civil court proceedings pending the completion of individual arbitration is GRANTED. *See* 9 U.S.C. § 3.

1 **IT IS SO ORDERED.**

3 DATED: _____, 2018

_____
The Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE