| | |
|---|---|
| 1 | RICHARD E. QUINTILONE II (SBN 200995) |
| 2 | ANDREW H. HAAS (SBN 276143)<br>ALEJANDRO QUINONES (SBN 324244) |
| 3 | **QUINTILONE & ASSOCIATES**<br>22974 EL TORO ROAD, SUITE 100 |
| 4 | LAKE FOREST, CA 92630<br>TEL.: (949) 458-9675 |
| 5 | FAX: (949) 458-9679<br>EMAIL: req@quintlaw.com; ahh@quintlaw.com; axq@quintlawq.com |
| 6 | Attorneys for Plaintiff, RICARDO ROMO, on behalf of himself and on behalf of a |
| 7 | Class of all other persons similarly situated *(additional counsel on next page)* |
| 8 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>   A Limited Liability Partnership |
| 9 |    Including Professional Corporations |
| 10 | DEREK R. HAVEL, Cal Bar No. 193464<br>LIMORE TORBATI, Cal. Bar No. 301932 |
| 11 | 333 South Hope Street, 43rd Floor<br>Los Angeles, California 90071-1422 |
| 12 | Telephone:  213.620.1780<br>Facsimile:   213.620.1398 |
| 13 | Email:      dhavel@sheppardmullin.com<br>            ltorbati@sheppardmullin.com |
| 14 | Attorneys for Defendant CBRE, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | RICARDO ROMO, on behalf of himself and on behalf of a Class of all other persons similarly situated, | **Case No.: 8:18-cv-00237-JLS-KES** |
| 18 | | **PAGA ACTION** |
| 19 | Plaintiff, | **Assigned for All Purposes To:**<br>**Hon. Josephine L. Staton** |
| 20 | v. | **Courtroom:   10A** |
| 21 | CBRE GROUP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive, | **NOTICE OF MOTION AND JOINT BRIEF REGARDING  APPROVAL OF PAGA SETTLEMENT** |
| 22 | | |
| 23 | Defendants. | Date: January 24, 2020<br>Time: 10:30 a.m.<br>Department: 10A |
| 24 | | |
| 25 | | Complaint Filed: September 22, 2017<br>FAC Filed: December 4, 2017 |
| 26 | | SAC Filed: April 29, 2018<br>Removed: February 9, 2018 |
| 27 | | Trial Date: None Set |
| 28 | | |

1  MARC H. PHELPS (SBN 237036)
   **THE PHELPS LAW GROUP**
2  23 Corporate Plaza Drive, Suite 150
   Newport Beach, CA 92660
3  Tel.: (949) 629-2533
   Fax: (949) 629-2501
4  Email: marc@phelpslawgroup.com

5  ROGER R. CARTER (SBN 140196)
   BIANCA A. SOFONIO (SBN 179520)
6  **THE CARTER LAW FIRM**
   23 Corporate Plaza Drive, Suite 150
7  Newport Beach, CA 92660
   Tel.: (949) 245-7500
8  Fax: (949) 629-2501
   roger@carterlawfirm.net
9

10 Attorneys for Plaintiff, RICARDO ROMO, on behalf of himself and on behalf of a
   Class of all other persons similarly situated

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT BREIF RE APPROVING PAGA SETTLEMENT

**TO THE COURT, THE PARTIES, AND THE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, the parties hereby jointly move this Court to approve settlement of an action brought under Private Attorney General Act ("PAGA") to be **January 24, 2020 at 10:30 a.m.** in Dept. 10A, or as soon as the matter may be decided by the Court. The Court has Ordered (Dkt 36) the Plaintiff Ricardo Romo and Defendant CBRE Inc. ("CBRE") to notice a motion to Supplement the Joint Notice of Settlement and Declaration of Richard E. Quintilone II Esq. previously filed (Dkt 35).

Dated: November 14, 2019        QUINTILONE & ASSOCIATES

By: _____
RICHARD E. QUINTILONE II
ANDREW H. HAAS
ALEJANDRO QUINONES
Attorneys for Plaintiff
RICARDO ROMO and aggrieved employees

Dated: November 14, 2019        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By:          /s/          
DEREK R. HAVEL
LIMORE TORBATI
Attorneys for Defendant
CBRE, INC.

*Pursuant to Local Rule 5-4.3.4, all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

-1-

JOINT BREIF RE APPROVING PAGA SETTLEMENT

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am an employee of or agent for Quintilone & Associates, whose business address is 22974 El Toro Rd., Suite 100, Lake Forest, CA 92630-4961.

On **the date below** I served the foregoing document(s):

**NOTICE OF MOTION AND JOINT BREIF REGARDING APPROVAL OF PAGA SETTLEMENT**

on the following parties in this action addressed as follows:

## SEE ATTACHED SERVICE LIST

_____   *(BY MAIL)* I caused a true copy of each document, placed in a sealed envelope with postage fully paid, to be placed in the United States mail at Lake Forest, California. I am "readily familiar" with this firm's business practice for collection and processing of mail, that in the ordinary course of business said document(s) would be deposited with the U.S. Postal Service on that same day. I understand that the service shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained on this affidavit.

_____   *(BY PERSONAL SERVICE)* I delivered each such document by hand to each addressee above.

_____   *(BY OVERNIGHT DELIVERY)* I caused a true copy of each document, placed in a sealed envelope with delivery fees provided for, to be deposited in a box regularly maintained by Federal Express or Overnight Express. I am readily familiar with this firm's practice for collection and processing of documents for overnight delivery and know that in the ordinary course of Quintilone & Associates' business practice the document(s) described above will be deposited in a box or other facility regularly maintained by Federal Express or Overnight Express or delivered to a courier or driver authorized by Federal Express or Overnight Express to receive documents on the same date it is placed at Quintilone & Associates for collection.

\_\_X\_\_   *(BY E-MAIL)* I caused a true and correct copy of each document to be delivered by the Firm's and/or Court's Electronic Mail system.

_____   *(BY FACSIMILE)* By use of facsimile machine number 949.458.9679, I served a copy of the within document(s) on the above interested parties at the facsimile numbers listed above. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

Executed on **November 14, 2019,** at **Lake Forest, California.**

_____   (**FEDERAL**) I declare under penalty of perjury that the above is true and correct.

\_\_\_X\_\_\_\_   (**STATE**) I declare under penalty of perjury that the above is true and correct.

_____
ANDREW H. HAAS

-1-

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Derek Havel, Esq.<br>Cassie English, Esq.<br>Limore Torbati, Esq.<br>Sheppard Mullin Richter & Hampton, LLP<br>333 S Hope St,<br>Los Angeles, CA 90071<br>Tel: 213.455.7602<br>Email: dhavel@smrh.com<br>       cenglish@sheppardmullin.com<br>       LTorbati@sheppardmullin.com | Counsel for CBRE Group Inc. |

**Q&A Case No. 17.01336**