UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO ROMO, on behalf of himself and on behalf of a Class of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CBRE GROUP, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No.: 8:18-cv-00237-JLS-KES**<br><br>**ORDER APPROVING PAGA SETTLEMENT, AND JUDGMENT** |

The Court has reviewed the parties' Joint Brief in Support of Approval of PAGA Settlement and the declarations filed in support thereof. Having done so, the Court finds the Settlement fair, reasonable, and adequate under the relevant *Hanlon v. Chrysler Corp.*, 150 F.3d 1011 (9th Cir. 1998), factors. Accordingly, the Court orders the PAGA Settlement APPROVED and the parties bound by its terms. This Order

shall constitute a final judgment.  Finally, the Court will retain jurisdiction to enforce the Settlement.

**IT IS SO ORDERED.**

DATED: January 22, 2020

_____
The Honorable Josephine L. Staton
UNITED STATES DISTRICT JUDGE